**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW GORDILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICAN, N.A.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 09-1954 LJO GSA<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and DIRECTS this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

IT IS SO ORDERED.

**Dated:   November 30, 2009**           /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1